FILED
James J. Waldron, Clerk

JUN 11 2013

U.S. Bankruptcy Court, Newark NJ
BY: _____ Deputy

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RABINOWITZ, LUBETKIN & TULLY, LLC**<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>(973) 597-9100<br>Jay L. Lubetkin, Esq.<br>*Counsel to Jay L. Lubetkin,*<br>*Chapter 7 Trustee* |
| In re:<br><br>CIRCLE 10 RESTAURANT, LLC,<br><br>Debtor. |

Case No. 13-14820 (RG)

Chapter 7

## ORDER CONFIRMING COMPLIANCE WITH
### *IN RE ABBOTTS DAIRIES, INC.*
### AND FOR OTHER RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

6-11-13

Debtor:            Circle 10 Restaurant, LLC

Case No.:          12-15836 (RG)

Caption of Order: ORDER CONFIRMING COMPLIANCE WITH *IN RE ABBOTTS DAIRIES, INC.* AND FOR OTHER RELATED RELIEF

---

**THIS MATTER** having been opened to the Court by Jay L. Lubetkin, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Circle 10 Restaurant, LLC (the "Debtor"), by and through his counsel, Rabinowitz, Lubetkin & Tully, L.L.C., upon the filing of an Application for the entry of an Order approving the sale of the Debtor's liquor license constituting a State of New Jersey Class C retail plenary consumption liquor license bearing license number 0710-33-020-007 (the "Liquor License") to Onyx Equities III, LLC (the "Proposed Purchaser"), for a purchase price of $500,000, free and clear of restrictions, special conditions, or limitations, all vendor's charges, violations, restrictions, liens, liquor bills, claims, interests, and encumbrances, such to attach to the proceeds of sale; and the Court having considered the Trustee's Application; and the Court noting service of the Application upon the Debtor and all creditors and parties in interest of the within estate, the Township of Livingston, the New Jersey Alcoholic Beverage Commission, all parties who expressed an interest to the Trustee in purchasing the Debtor's Liquor License, and via publication in The Star Ledger; and the Court having considered the appraisal of the Liquor License performed by A. Atkins Appraisal Corp. evidencing a forced sale value of $400,000; and an auction of the Liquor License having been held on May 23, 2013 and May 24, 2013 (the "Auction") pursuant to an Amended Bidding Procedures Order entered by the Court; and the Proposed Purchaser having been deemed the highest bidder for the Liquor License by the Trustee and the Court with a bid of $835,000; and Northfield Beverage LLC ("Northfield") having been deemed the second highest bidder for the Liquor License by the Trustee and the Court with a bid of $820,000; and, the Court having determined, after a hearing on June 4, 2013

Page 3

Debtor:          Circle 10 Restaurant, LLC

Case No.:        12-15836 (RG)

Caption of Order: ORDER CONFIRMING COMPLIANCE WITH *IN RE ABBOTTS DAIRIES, INC.* AND FOR OTHER RELATED RELIEF

---

at which John Lavalley, a representative of the Proposed Purchaser testified, the good faith of the Proposed Purchaser in connection with its highest bid for the Liquor License, its entitlement to the protections of Section 363(m) of the Bankruptcy Code, and the absence of collusion between bidders at the Auction as proscribed by Section 363(n) of the Bankruptcy Code or otherwise; and other good and sufficient cause existing for the making and entry of the within Order;

**IT IS HEREBY ORDERED** that the Proposed Purchaser is the highest bidder for the Liquor License and Northfield is the second highest bidder for the Liquor License; and it is further

**ORDERED** that the Proposed Purchaser is a good faith purchaser as required under Section 363(m) of the Bankruptcy Code; and it is further

**ORDERED** that there was no collusion at the Auction as proscribed by Section 363 of the Bankruptcy Code; and it is further

**ORDERED** that the proposed purchase price for the Liquor License of $835,000 is fair and reasonable under the circumstances and represents adequate consideration to the within estate; and it is further

**ORDERED** that, pending any Court approved sale of the Liquor License to Purchaser, the Trustee is authorized and empowered to take all steps necessary to preserve the value of the Liquor License by, without limitation, renewing the Liquor License for an additional term; and it is further

Page 4

Debtor: Circle 10 Restaurant, LLC

Case No.: 12-15836 (RG)

Caption of Order: ORDER CONFIRMING COMPLIANCE WITH *IN RE ABBOTTS DAIRIES, INC.* AND FOR OTHER RELATED RELIEF

---

**ORDERED** that, notwithstanding the pending objection to the sale of the Liquor license by Lim Chew Corp., the hearing on which is scheduled for June 26, 2013 at 11:00 a.m., the Proposed Purchaser is authorized and empowered to take such steps as are necessary to start the process to effect the transfer of the Liquor License, including, without limitation, seeking approval of the transfer from applicable state and local administrators, provided, however, that the Proposed Purchaser shall take no action which may conflict with or impair the Trustee's efforts to preserve the value, and effect the renewal, of the Liquor License; and it is further

**ORDERED** that, there shall be no closing on any sale of the Liquor License to the Proposed Purchaser unless or until the Lim Chew Objection is resolved (i) consensually in a fashion which authorizes the sale and is approved by the Court or (ii) by Court adjudication, as reflected in a subsequent Court Order, which, *inter alia*, specifically approves the sale of the Liquor License.